```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 27520
    TIFFANY SHIVOAN RANKINS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7227


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/14/2008 and was not confirmed.

     The case was dismissed without confirmation 01/08/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------

ILLINOIS TITLE LOANS       SECURED VEHIC    NOT FILED            .00            .00
MIDWEST TITLE LOANS        SECURED          NOT FILED            .00            .00
SALLIE MAE/UNITED STUDEN   PRIORITY          6493.51             .00            .00
DIRECT LONAS               PRIORITY         NOT FILED            .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY         NOT FILED            .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO DEPT OF    PRIORITY         NOT FILED            .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED         8505.00             .00            .00
AMERENIP                   UNSECURED          596.94             .00            .00
FLOYD COUNTY MEMORIAL      UNSECURED        NOT FILED            .00            .00
FLOYD COUNTY MEMORIAL      UNSECURED        NOT FILED            .00            .00
FLOYD COUNTY MEMORIAL      UNSECURED          415.17             .00            .00
NICOR GAS                  UNSECURED        NOT FILED            .00            .00
VERIZON WIRELESS           UNSECURED        NOT FILED            .00            .00
BROMENN HEALTHCARE         UNSECURED         1207.41             .00            .00
MEDIACOM                   UNSECURED        NOT FILED            .00            .00
BAYBERRY VILLAGE APTS      UNSECURED        NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED          420.00             .00            .00
SBC ILLINOIS               UNSECURED          141.44             .00            .00
MOST FUNDING               UNSECURED         1184.77             .00            .00
PRO SE DEBTOR              DEBTOR ATTY           .00                            .00
TOM VAUGHN                 TRUSTEE                                              .00
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 27520 TIFFANY SHIVOAN RANKINS
```

```
DEBTOR REFUND                                                           .00
                                      ---------------      ---------------
TOTALS                                            .00                   .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 03/05/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE